

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-19-00321-CR

Edward **ROCHA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8265
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The clerk's record does not contain the indictment in this case. We therefore order the trial court clerk, Mary Angie Garcia, to file a supplemental clerk's record containing the indictment by September 13, 2019. See Tex. R. App. P. 34.5(a)(2). (unless designated otherwise, the record on appeal "must include copies of . . . in criminal cases, the indictment or information").

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court